IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01834-PAB-BNB

ADAN MONTES,

Plaintiff,

v.

DAVOL, INC., a subsidiary of C.R. BARD, INC.,

Defendant.

_____

# MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Motion to Vacate Scheduling Conference** [docket no. 11, filed August 22, 2011] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Conference set for September 2, 2011, is **VACATED**.

DATED:  August 23, 2011